UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jean Chuprevich, Debtor(s).

Case No.: 18-11460-SLM
Chapter: 7
Judge: Meisel

## NOTICE OF PROPOSED ABANDONMENT

_Barbara A. Edwards_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable _Stacey L. Meisel_ on _6/5/18_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3A_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: One-half interest in real property located at 416 Hillside Ave., Nutley, NJ.
Fair Market Value: $285,000.00

Liens on property: Subject to mortgage held by PROF-2013-M4 Legal Title Trust II in the approximate amount of $369,789.03.

Amount of equity claimed as exempt: None

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                               Case No. 18-11460-SLM
Jean Chuprevich                                                      Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: May 04, 2018
                             Form ID: pdf905          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Jean Chuprevich,    416 Hillside Avenue,    Nutley, NJ 07110-1144
517294284     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
517294285      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
517294286      +City of Clifton Tax Dept.,    900 Clifton Avenue,    Clifton, NJ 07013-2708
517294288      +PROF-2013-M4 Legal Title Trust II,    c/o RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517294287      +E-mail/Text: bnckohlsnotices@becket-lee.com May 05 2018 00:12:24      Kohls/CapOne,
                 PO Box 3115,    Milwaukee, WI 53201-3115
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
              Andrew J. Naideck    on behalf of Debtor Jean  Chuprevich anaideck@schepisi.com
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-M4 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```